## Paystub 11620

**Employee:** Channell, 20231 Walter Shirley Rd, Berry, AL 35546
**SSN:** ***-**-5814
**Status (Fed/State):** Single/Single
**Pay Period:** 04/10/2010 - 04/16/2010
**Allowances/Extra:** Fed-0/0/AL-0/1
**Pay Date:** 05/06/2010

| and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ime | 40:00 | 9.00 | 360.00 | 6,271.06 |
| ertime | 4:30 | 13.50 | 60.75 | 332.55 |
| | | | 420.75 | 6,603.61 |

| | Current | YTD Amount |
|---|---|---|
| Withholding | -41.00 | -577.00 |
| curity Employee | -26.08 | -409.42 |
| Employee | -6.10 | -95.75 |
| holding | -16.89 | -260.39 |
| | -90.07 | -1,342.56 |

| ts to Net Pay | Current | YTD Amount |
|---|---|---|
| IMENTS | -34.39 | -653.41 |
| | -25.00 | -475.00 |
| | -59.39 | -1,128.41 |

| | 271.29 | 4,132.64 |

ibutors, 910 31st Avenue, Tuscaloosa, AL 35401 (205) 759-1264, H.C. AUTO ELECTRIC CO., INC.

---

## Paystub 11647

**Employee:** Channell, 20231 Walter Shirley Rd, Berry, AL 35546
**SSN:** ***-**-5814
**Status (Fed/State):** Single/Single
**Pay Period:** 05/08/2010 - 05/14/2010
**Allowances/Extra:** Fed-0/0/AL-0/1
**Pay Date:** 05/20/2010

| Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| e | 40:00 | 9.00 | 360.00 | 6,991.06 |
| ime | 4:30 | 13.50 | 60.75 | 447.30 |
| | | | 420.75 | 7,438.36 |

| | Current | YTD Amount |
|---|---|---|
| holding | -41.00 | -658.00 |
| ity Employee | -26.09 | -461.18 |
| ployee | -6.10 | -107.86 |
| ding | -16.89 | -293.88 |
| | -90.08 | -1,520.92 |

| to Net Pay | Current | YTD Amount |
|---|---|---|
| ENTS | -34.39 | -722.19 |
| | -25.00 | -525.00 |
| | -59.39 | -1,247.19 |

| | 271.28 | 4,670.25 |

tors, 910 31st Avenue, Tuscaloosa, AL 35401 (205) 759-1264, H.C. AUTO ELECTRIC CO., INC.

---

## Paystub 11627

**Employee:** Channell, 20231 Walter Shirley Rd, Berry, AL 35546
**SSN:** ***-**-5814
**Status (Fed/State):** Single/Single
**Pay Period:** 05/01/2010 - 05/07/2010
**Allowances/Extra:** Fed-0/0/AL-0/1
**Pay Date:** 05/13/2010

| and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Time | 40:00 | 9.00 | 360.00 | 6,631.06 |
| vertime | 4:00 | 13.50 | 54.00 | 386.55 |
| | | | 414.00 | 7,017.61 |

| | Current | YTD Amount |
|---|---|---|
| Withholding | -40.00 | -617.00 |
| curity Employee | -25.67 | -435.09 |
| Employee | -6.01 | -101.76 |
| holding | -16.60 | -276.99 |
| | -88.28 | -1,430.84 |

| nts to Net Pay | Current | YTD Amount |
|---|---|---|
| HMENTS | -34.39 | -687.80 |
| n | -25.00 | -500.00 |
| | -59.39 | -1,187.80 |

| | 266.33 | 4,398.97 |

## Paystub 11583

nnell, 20231 Walter Shirley Rd, Berry, AL 35546

SSN: ***-**-5814
Status (Fed/State): Single/Single
Pay Period: 04/03/2010 - 04/09/2010
Allowances/Extra: Fed-0/0/AL-0/1
Pay Date: 04/15/2010

| Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
|  | 40:00 | 9.00 | 360.00 | 5,191.06 |
| ne | 4:00 | 13.50 | 54.00 | 171.67 |
|  |  |  | 414.00 | 5,362.73 |

| | Current | YTD Amount |
|---|---|---|
| iolding | -40.00 | -457.00 |
| y Employee | -25.67 | -332.49 |
| ıloyee | -6.00 | -77.76 |
| ing | -16.60 | -210.69 |
|  | -88.27 | -1,077.94 |

| o Net Pay | Current | YTD Amount |
|---|---|---|
| NTS | -34.39 | -550.24 |
|  | -25.00 | -400.00 |
|  | -59.39 | -950.24 |
|  | 266.34 | 3,334.55 |

ors, 910 31st Avenue, Tuscaloosa, AL 35401 (205) 759-1264, H.C. AUTO ELECTRIC CO., INC.

## Paystub 11555

annell, 20231 Walter Shirley Rd, Berry, AL 35546

SSN: ***-**-5814
Status (Fed/State): Single/Single
Pay Period: 03/26/2010 - 04/01/2010
Allowances/Extra: Fed-0/0/AL-0/1
Pay Date: 04/01/2010

| Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
|  | 40:00 | 9.00 | 360.00 | 4,471.06 |
| ime | 3:10 | 13.50 | 42.75 | 70.87 |
|  |  |  | 402.75 | 4,541.93 |

| | Current | YTD Amount |
|---|---|---|
| holding | -39.00 | -378.00 |
| ty Employee | -24.97 | -281.60 |
| ıployee | -5.84 | -65.86 |
| ling | -16.04 | -177.82 |
|  | -85.85 | -903.28 |

| to Net Pay | Current | YTD Amount |
|---|---|---|
| NTS | -34.39 | -481.46 |
|  | -25.00 | -350.00 |
|  | -59.39 | -831.46 |
|  | 257.51 | 2,807.19 |

ors, 910 31st Avenue, Tuscaloosa, AL 35401 (205) 759-1264, H.C. AUTO ELECTRIC CO., INC.

## Paystub 11595

nnell, 20231 Walter Shirley Rd, Berry, AL 35546

SSN: ***-**-5814
Status (Fed/State): Single/Single
Pay Period: 04/10/2010 - 04/16/2010
Allowances/Extra: Fed-0/0/AL-0/1
Pay Date: 04/22/2010

| Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
|  | 40:00 | 9.00 | 360.00 | 5,551.06 |
| e | 4:25 | 13.50 | 59.63 | 231.30 |
|  |  |  | 419.63 | 5,782.36 |

| | Current | YTD Amount |
|---|---|---|
| ılding | -41.00 | -498.00 |
| Employee | -26.02 | -358.51 |
| oyee | -6.08 | -83.84 |
| ıg | -16.83 | -227.52 |
|  | -89.93 | -1,167.87 |

| Net Pay | Current | YTD Amount |
|---|---|---|

## 11572

hannell, 20231 Walter Shirley Rd, Berry, AL 35546

SSN: ***-**-5814
Status (Fed/State): Single/Single
Pay Period: 04/02/2010 - 04/08/2010

Allowances/Extra: Fed-0/0/AL-0/1
Pay Date: 04/08/2010

| d Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| e | 40:00 | 9.00 | 360.00 | 4,831.06 |
| time | 3:28 | 13.50 | 46.80 | 117.67 |
| | | | 406.80 | 4,948.73 |

| | Current | YTD Amount |
|---|---|---|
| hholding | -39.00 | -417.00 |
| rity Employee | -25.22 | -306.82 |
| nployee | -5.90 | -71.76 |
| lding | -16.27 | -194.09 |
| | -86.39 | -989.67 |

| ; to Net Pay | Current | YTD Amount |
|---|---|---|
| ENTS | -34.39 | -515.85 |
| | -25.00 | -375.00 |
| | -59.39 | -890.85 |
| | 261.02 | 3,068.21 |

itors, 910 31st Avenue, Tuscaloosa, AL 35401 (205) 759-1264, H.C. AUTO ELECTRIC CO., INC.

## 11550

hannell, 20231 Walter Shirley Rd, Berry, AL 35546

SSN: ***-**-5814
Status (Fed/State): Single/Single
Pay Period: 03/12/2010 - 03/18/2010

Allowances/Extra: Fed-0/0/AL-0/1
Pay Date: 03/25/2010

| id Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ie | 40:00 | 8.65 | 346.00 | 4,111.06 |
| time | 1:10 | 12.98 | 15.14 | 28.12 |
| | | | 361.14 | 4,139.18 |

| | Current | YTD Amount |
|---|---|---|
| hholding | -33.00 | -339.00 |
| rity Employee | -22.39 | -256.63 |
| nployee | -5.24 | -60.02 |
| lding | -14.23 | -161.78 |
| | -74.86 | -817.43 |

| ; to Net Pay | Current | YTD Amount |
|---|---|---|
| ENTS | -34.39 | -447.07 |
| | -25.00 | -325.00 |
| | -59.39 | -772.07 |
| | 226.89 | 2,549.68 |

itors, 910 31st Avenue, Tuscaloosa, AL 35401 (205) 759-1264, H.C. AUTO ELECTRIC CO., INC.

## 11513

annell, 20231 Walter Shirley Rd, Berry, AL 35546

SSN: ***-**-5814
Status (Fed/State): Single/Single
Pay Period: 03/20/2010 - 03/26/2010

Allowances/Extra: Fed-0/0/AL-0/1
Pay Date: 03/05/2010

| Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| | 32:00 | 8.65 | 276.80 | 3,150.91 |

| | Current | YTD Amount |
|---|---|---|
| holding | -20.00 | -255.00 |
| ty Employee | -17.17 | -195.36 |
| ployee | -4.02 | -45.69 |
| ling | -10.67 | -123.09 |
| | -51.86 | -619.14 |

| to Net Pay | Current | YTD Amount |
|---|---|---|
| NTS | -34.39 | -343.90 |

|          |      |         |            | SSN          | Status (Fed/State)    | Allowances/Extra     | 11491 |
|----------|------|---------|------------|--------------|-----------------------|----------------------|-------|
|          |      |         |            | ***-**-5814  | Single/Single         | Fed-0/0/AL-0/1       |       |

ilter Shirley Rd, Berry, AL 35546

Pay Period: 02/06/2010 - 02/12/2010   Pay Date: 02/18/2010

| Qty   | Rate | Current | YTD Amount |
|-------|------|---------|------------|
| 37:35 | 8.65 | 325.10  | 2,548.15   |

|  | Current | YTD Amount |
|--|---------|------------|
|  | -27.00  | -208.00    |
|  | -20.16  | -157.99    |
|  | -4.72   | -36.95     |
|  | -12.73  | -99.64     |
|  | -64.61  | -502.58    |

|  | Current | YTD Amount |
|--|---------|------------|
|  | -34.39  | -275.12    |
|  | -25.00  | -200.00    |
|  | -59.39  | -475.12    |
|  | 201.10  | 1,570.45   |

*Just owe 325-*

nue, Tuscaloosa, AL 35401 (205) 759-1264, H.C. AUTO ELECTRIC CO., INC.

## TSM Distributors
### Employee Earnings Summary
#### February 2010

| | Hourly Ove... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Co... | Social Security... | AL - Withho... | AL - Unemploymen... | AL - Emp. Security... | GARNISH... | repay lo... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 0.00 | 1,247.91 | 0.00 | -100.00 | -18.09 | -77.37 | 3.96 | 18.09 | 77.37 | -48.71 | 26.08 | 0.00 | -137.56 | -100.00 | 897.70 |

## TSM Distributors
### Employee Earnings Summary
#### March 2010

| | Hourly Ove... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Co... | Social Security... | AL - Withho... | AL - Unemploymen... | AL - Emp. Security... | GARNISH... | repay lo... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 28.12 | 1,236.95 | 0.00 | -104.00 | -18.35 | -78.44 | 10.12 | 18.35 | 78.44 | -49.36 | 26.44 | 0.00 | -137.56 | -100.00 | 910.71 |

## TSM Distributors
### Employee Earnings Summary
#### April 2010

| | Hourly Over... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Co... | Social Security... | AL - Withho... | AL - Unemploymen... | AL - Emp. Security... | GARNISH... | repay lo... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 243.58 | 1,500.00 | 0.00 | -127.00 | -29.63 | -108.71 | 15.35 | 29.63 | 126.71 | -81.72 | 42.71 | 0.00 | -171.95 | -125.00 | 1,527.07 |

## TSM Distributors
### Employee Earnings Summary
#### May 2010

| | Hourly Ove... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Cu... | Social Security... | AL - Withho... | AL - Unemploymen... | AL - Emp. Security... | GARNISH... | repay L... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 175.50 | 1,080.00 | 0.00 | -122.00 | -18.21 | -77.84 | 6.54 | 18.21 | 77.84 | -50.38 | 26.24 | 0.00 | -103.17 | -75.00 | 937.73 |

## TSM Distributors
### Employee Earnings Summary
### February 2010

| | Hourly Ove... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Co... | Social Security... | AL - Withho... | AL - Unemployme... | AL - Emp. Security... | GARNISH... | repay lo... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 0.00 | 1,247.91 | 0.00 | -100.00 | -18.09 | -77.37 | 3.98 | 18.09 | 77.37 | -48.71 | 26.68 | 0.00 | -137.56 | -100.00 | 892.39 |

## TSM Distributors
### Employee Earnings Summary
### March 2010

| | Hourly Ove... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Co... | Social Security... | AL - Withho... | AL - Unemployme... | AL - Emp. Security... | GARNISH... | repay lo... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 28.12 | 1,256.95 | 0.00 | -104.00 | -18.35 | -78.44 | 19.12 | 18.35 | 78.44 | -49.36 | 26.44 | 0.00 | -137.56 | -100.00 | 910.71 |

## TSM Distributors
### Employee Earnings Summary
### April 2010

| | Hourly Ove... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Co... | Social Security... | AL - Withho... | AL - Unemployme... | AL - Emp. Security... | GARNISH... | repay lo... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 243.68 | 1,800.00 | 0.00 | -197.00 | -29.63 | -126.71 | 16.35 | 29.63 | 126.71 | -61.72 | 42.71 | 0.00 | -171.95 | -125.00 | 1,527.07 |

## TSM Distributors
### Employee Earnings Summary
### May 2010

| | Hourly Ove... | Straight Ti... | medi... | Federal Withh... | Medicare Em... | Social Security... | Federal Unem... | Medicare Co... | Social Security... | AL - Withho... | AL - Unemployme... | AL - Emp. Security... | GARNISH... | repay lo... | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Latisha M Channell | 179.50 | 1,080.00 | 0.00 | -122.00 | -18.21 | -77.84 | 6.54 | 18.21 | 77.84 | -50.38 | 26.24 | 0.00 | -103.17 | -75.00 | 937.73 |

| Company Number: | 0290 | | | Period End Date: 05/22/10 | Check Date: 05/27/10 | |
| --- | --- | --- | --- | --- | --- | --- |
| Company Name: | ALCO MACHINE CO INC | | | | | |
| Employee Name: | DAVID H CHANNELL | | | | | |
| Social Security No: | XXX-XX-7328 | | | | | |
| Emp. No: 75 | Dept. No: 400 | W4: M-04 4200 | | | | |
| Pay Rate: 19.25 | | | | | | |
| Net Pay: 366.84 | | | | | | |

| Description | Hours | Earnings / Taxes | Year-To-Date | Description | Deductions | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| REGULAR | 37.30 | 718.03 | 13709.89 | EMP LN | 18.19 | |
| GROSS | 37.30 | 718.03 | 13709.89 | 125BCBS | 110.00 | |
| FED W/H | | 6.28 | 66.95 | CRT /RD | 141.00 | |
| F.I.C.A. | | 46.51 | 872.09 | PRE-TAX CALCULATIONS | | |
| AL SWT | | 19.90 | 367.24 | SEC.125 | 110.00 | 2310.00 |
| BHAM O/T | | 6.08 | 114.01 | | | |
| JEFF O/T | | 3.23 | 59.70 | | | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼